CR 00-141L

FILED

Harry J. Burdick

Case # 14128 2L

v.

United States

DISTRICT COURT
DISTRICT OF RHODE ISLAND

Motion under unreliable Evidence and without fact of any matter of proff or participate in an act of murder in any kind of way.

Now comes Harry J. Burdick.

In order to charge a person with any kind of form of murder it has to be proven this person was willing and did a act that would result in murder.

This was not done in Harry J. Burdick's case and in fact of the way the police officer's did the investigation they did, and the federal court and the police officer's all knew Harry J. Burdick is not the killer but a victim in a unjustifyed system that convicted him of carjacking Resulting in death without proper evidence or a investigation looking into all facts that was given under the condition they was given by the guilty parties of the case.

At the time of the start of this case on Harry J. Burdick he was a 21 year old and had No understanding of any kind of laws or his rights.

He put all his trust in his Lawyer who sold him out to the court and tricked him into a plea and got him to sing her off of his case so she would not have to deal with the corrupted way she done him on his case and so she did not have to do his appeals.

Harry J. Burdick gave her what she wanted still after she showed no care or concern in the way she did in dealling with Harry J. Burdick's case and allowing the DA to convict Burdick in the way the DA did.

This is why, Harry J. Burdick took a plea and was tricked into doing it when the DA and his own Lawyer was working with each other to convict Harry J. Burdick.

It is a fact that the probation officer did a investigation on Harry J. Burdick's life and he/she went back as far as his time in the Rhode Island training school To the ACI and his personal family and she found out Mr. Burdick was a unstable person without proper understanding.

③

This fact and unreliable evidence used on Harry J. Burdick got him life in prison without proper ivestigation on all facts.

On the case of Kenneth Day v. U.S.A. of Rhode Island the federal DA on this case gave Ramond Anderson and Gregory floyd an oportunity to testifie on Kenneth Day and not Harry J. Burdick.

And right after the federal trial Anderson got a deal of 30 years and floyd droped all his appeals. Floyd was given life in federal prison.

And no actual proof of any killing done by Harry J. Burdick and the federal DA still went after Harry J. Burdick with carjacking Resulting in death why! Burdick did carjacking but then when he tryed to walk away one of the co-defendent's said they should kill Burdick but floyd said no.

This method was picked up by the federal DA Jerard B. Sullivan and was used in order to convict Harry J. Burdick.

Mr. Kenneth Day way Acquited by the Feds and the DA used Anderson and floyd and gave them all kinds of deals but not for Harry J. Burdick.

At the end of the case of Mr. Kenneth Day the United State courts took back Kenneth Day's case just because the federal courts did not hit him with a large Amount of time and the Feds acquited Mr. Kenneth Day. So, the Feds hand him over to the state for the chance to get

Mr. Kenneth Day life one way or the other just like they did to Mr. Harry J. Burdick, Thats just what the system did.

They used Ramond Auderson and Greagory Floyd to testify on the Kenneth Day case but not Harry J. Burdick why?

The officers and the DA all had a plan to hold Mr. Harry J Burdick as the ring leader of the other ones who has control over themself and Mr. Harry J. Burdick can not mind control or push the others to do, Anything but that is just what was done to Harry Burdick with a gun to his head.

And it is fact the victims was killed but not by Harry J. Burdick and the DA was the one who Said Harry J. Burdick was held under the gun because Burdick did not want any part of the killings.

The DA also said that a laytex glove was found on the seen of the crime and had Harry Burdick's salava on it, Harry Burdick is alergic to lotex and this is proven in his medical Records here in the prison.

Because of the facts Harry Burdick is requesting that he be given 30 years.

## Certivicate of Service

I Harry Burdick has sent one of the same motions to the clerks office and one of the same to the DA's office.

*Harry J. Burdick*

Under the Laws of Rhode Island I swear that all that is said in this motion are true and under the fact of perjury.

*Harry J. Burdick*